

# NORINSBERG LAW

Jon L. Norinsberg
John J. Meehan
Christina Ctorides Foley

Arjeta Albani

825 Third Ave
Suite 2100
New York, NY 10022

One World Trade Center
85th Floor
New York, NY 10007
christina@norinsberglaw.com

November 5, 2025

**VIA ELECTRONIC FILING**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2025
New York, New York

Re:   **Kenneth Phillips v. The City of New York, et al.**
      **Docket No.: 1:25-cv-02095-NRB**

Dear Judge Buchwald:

   I am writing in follow-up to the letter filed on October 29, 2025, informing the Court that the Plaintiff, Kenneth Phillips, has terminated his attorney-client relationship with this firm.

   This office intends to file a formal notice to withdraw as the Plaintiff's attorney in the matter. We would like to provide a declaration setting forth a recitation of the facts and circumstances that have necessitated our motion to withdraw as counsel for the Plaintiff. However, given the private and sensitive nature of this information, we would respectfully request permission to submit this Declaration to the Court under seal and ex-parte.

   We thank the Court for its consideration of this request.

Respectfully Submitted,

*[signature]*
Christina Ctorides, Esq.

cc:   Kenneth Phillips (Via Fed Ex)
      All counsel via (ECF)