UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
KENNETH PHILLIPS,

                Plaintiff,

      - against -

THE CITY OF NEW YORK and POLICE
OFFICERS "JOHN DOES" NUMBERS ONE
THROUGH TEN,

                Defendants.
---------------------------------------X

**ORDER**

25 Civ. 2095 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if an application to restore the action is made within 30 days.


DATED:   New York, New York
         May 11, 2026


_____
    NAOMI REICE BUCHWALD
  UNITED STATES DISTRICT JUDGE